Nathan D. Chapman (*pro hac vice*)
nchapman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
515 S. Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

Attorneys for Defendants Heartland Payment Systems, LLC
and Global Payments, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STEARNE, on behalf of himself and all others Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC, a Delaware Limited Liability Company, and GLOBAL PAYMENTS, INC., a Georgia Corporation,<br><br>Defendants. | Case No. 2:17-cv-01181-MCE-CKD<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND ORDER THEREON**<br><br>Complaint Filed: June 6, 2017<br>Amended Complaint Filed: July 11, 2017 |

On February 6, 2018, the Court granted Defendants' Motion to Dismiss. In that Order, the Court granted Plaintiff twenty (20) days leave to file a second amended complaint. Accordingly, Plaintiff currently has until February 26, 2018 to file a second amended complaint. Since the entry of the Order, the parties have entered into settlement negotiations. The parties would rather devote resources to explore settlement at this time. Therefore, the parties stipulate as follows:

Plaintiff shall have up to March 12 to file a second amended complaint.

Dated: February 23, 2018            KABAT CHAPMAN & OZMER LLP

By: s/ J. Scott Carr (as authorized on 2/23/18)
     J. SCOTT CARR

Attorneys for Defendants Heartland Payment Systems, LLC and Global Payments Inc.

Dated: February 23, 2018            HOYER & HICKS

By: s/ Ryan L. Hicks
     RYAN L. HICKS

Attorneys for Plaintiff Carl Stearne

Pursuant to the parties' stipulation and good cause having been shown, Plaintiff shall have up to March 12 to file a second amended complaint.

IT IS SO ORDERED.

Dated: February 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE