Nathan D. Chapman (*pro hac vice*)
nchapman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
515 S. Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

Attorneys for Defendants Heartland Payment Systems, LLC
and Global Payments, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STEARNE, on behalf of himself and all others Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC, a Delaware Limited Liability Company, and GLOBAL PAYMENTS, INC., a Georgia Corporation,<br><br>Defendants. | Case No. 2:17-cv-01181-MCE-CKD<br><br>Hon. Morrison C. England, Jr.<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: June 6, 2017<br>Amended Complaint Filed: July 11, 2017 |

On February 6, 2018, the Court granted Defendants' Motion to Dismiss. In that Order, the Court granted Plaintiff twenty (20) days leave to file a second amended complaint. On March 6, 2018, pursuant to a stipulation between the parties, the Court extended the time for Plaintiff to file a second amended complaint up to and including March 12, 2018. On March 8, 2018, the parties reached a settlement in principle of this action. The parties need additional time to complete the settlement

documentation and file a stipulation of dismissal.  Therefore, the parties stipulate as follows:

Plaintiff shall have up to and including April 11 to file a second amended complaint if the action is not dismissed prior to that date.

Dated: March 9, 2018      KABAT CHAPMAN & OZMER LLP

By:  s/ J. Scott Carr (authorized on 3/9/18)
     J. SCOTT CARR
     Attorneys for Defendants Heartland
     Payment Systems, LLC and Global
     Payments Inc.

Dated: March 9, 2018      HOYER & HICKS

By:  s/ Ryan L. Hicks
     RYAN L. HICKS
     Attorneys for Plaintiff Carl Stearne

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown, Plaintiff shall have up to April 11 to file a second amended complaint.

IT IS SO ORDERED.

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE