1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    CARL STEARNE, on behalf of himself        No.  2:17-cv-01181-MCE-CKD
      and all other Aggrieved Employees,
12
                    Plaintiff,
13                                              **ORDER**
              v.
14
      HEARTLAND PAYMENT SYSTEMS
15    LLC, et al.,

16                  Defendants.

17

18          Plaintiff Carl Stearne ("Plaintiff") initiated this action against Defendants Heartland

19    Payment Systems LLC and Global Payments, Inc., ("Defendants") seeking to recover for

20    a variety of labor law violations.  On February 6, 2018, the Court granted Defendants'

21    Motion to Dismiss four of Plaintiff's causes of action with leave to amend.  ECF No. 17.

22    The Court made clear that Plaintiff had twenty (20) days to file an amended complaint or

23    those claims would be deemed dismissed with prejudice upon no further notice to the

24    parties.  Id. at 5.  The parties thereafter stipulated to continue Plaintiff's filing deadline to

25    April 11.  ECF Nos. 19, 22.

26    ///

27    ///

28    ///

                                                  1

1    That date has now passed, and no amended complaint has been filed.

2    Accordingly, those causes of action dismissed by virtue of the Court's prior order, ECF

3    No. 17, are hereby DISMISSED with prejudice, and this case shall proceed on Plaintiff's

4    remaining claim.

5         IT IS SO ORDERED.

6    Dated:  April 23, 2018

7

8                                          MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28